IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL NERWINSKI and
MARSHA RICH, individually
and on behalf of a class of all
persons and entities similarly
situated,

      Plaintiffs,

v.                                      Case No.4:14cv595-MW/CAS

ACURIAN, INC., a
Pennsylvania corporation,

      Defendant.

_____/

ORDER GRANTING UNOPPOSED MOTION
FOR STAY PENDING DECLARATORY RULING
FROM FCC AND DIRECTING FILING
OF STATUS REPORTS

This Court has considered, without hearing, Defendants' Unopposed Motion to Stay Pending Declaratory Ruling by the FCC. ECF No. 12. The motion is **GRANTED** and this cause **STAYED** pending the declaratory ruling by the FCC. Defendants shall file a status report on or before **February 13, 2015**, and every 60 days thereafter, advising this Court of the status of the action before the FCC.

    **SO ORDERED on December 17, 2014.**

                                                    **s/Mark E. Walker            **
                                                    **United States District Judge**