IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL NERWINSKI and
MARSHA RICH, individually
and on behalf of a class of all
persons and entities similarly
situated,

      Plaintiffs,

v.     Case No.4:14cv595-MW/CAS

ACURIAN, INC., a
Pennsylvania corporation,

      Defendant.

_____/

ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO RESPOND TO COMPLAINT AND
<u>MOTION TO CERTIFY CLASS</u>

      This Court has considered, without hearing, Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint Pending FCC Ruling. ECF No. 13.  The motion is **GRANTED**.  Defendant shall file its responsive pleading to Plaintiffs' complaint within twenty (20) days of the stay being lifted.

      **SO ORDERED on December 17, 2014.**

                                                 s/Mark E. Walker_____
                                                 **United States District Judge**