IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PAUL NERWINSKI and
MARSHA RICH, individually
and on behalf of a class of all
persons and entities similarly
situated,

      Plaintiffs,

v.                               Case No.4:14cv595-MW/CAS

ACURIAN, INC., a
Pennsylvania corporation,

      Defendant.

_____/

AMENDED
ORDER GRANTING MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFFS'
COMPLAINT PENDING FCC RULING[1]

This Court has considered, without hearing, Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiffs' Complaint Pending FCC Ruling. ECF No. 13.  The motion is **GRANTED**.  Defendant shall file its responsive pleading to Plaintiffs' complaint within twenty (20) days of the stay being lifted.

    **SO ORDERED on December 17, 2014.**

                                            s/Mark E. Walker
                                            **United States District Judge**

---

[1] Amended only to reflect correction of title of order in reference to ECF No. 15.