IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**PAUL NERWINSKI and
MARSHA RICH, individually
and on behalf of a class of all
persons and entities similarly
situated,**

      **Plaintiffs,**

**v.**                                        Case No. 4:14cv595-MW/CAS

**ACURIAN, INC., a
Pennsylvania corporation,**

      **Defendant.**
_____/

## ORDER ACKNOWLEDGING STATUS UPDATE TO COURT

Defendant has filed its Notice of Status Update to Court. ECF No. 48. This Court **accepts** the status report and directs Defendant to file its next status report on January 3, 2019, and thereafter every **120** days, or sooner if there is a ruling.

**SO ORDERED on August 31, 2018.**

                                      **s/Mark E. Walker            ____
                                      Chief United States District Judge**