UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
CASE NO.: 4:14-cv-595-AW/MAF

PAUL NERWINSKI and MARSHA RICH,
Individually and on behalf of a class of all
persons and entities similarly situated,

      Plaintiffs,

v.

ACURIAN, INC., a Pennsylvania corporation,

      Defendant.
_____/

## DEFENDANT'S NOTICE OF STATUS UPDATE TO COURT

Defendant, Acurian, Inc. by and through undersigned counsel, hereby files this Status Update as it relates to Defendant's Petition for Declaratory Ruling with the Federal Communication Commission ("FCC").

Please see attached Declaratory Ruling in Case No. DA 21-69, CG, Docket No. 02-278, adopted and released January 15, 2021, Granting the Petition for Declaratory Ruling filed by Acurian, Inc., on February 5, 2014, attached hereto as **Exhibit 1**.

      Respectfully submitted,

      */s/ S. Jonathan Vine*
      S. Jonathan Vine, Trial Counsel
      Florida Bar No.: 10966
      Attorney for Defendant Acurian, Inc.
      Cole, Scott & Kissane, P.A.
      222 Lakeview Avenue, Suite 120
      West Palm Beach, FL 33401
      Tel.:   561/383-9200
      Fax:   561/683-8977
      jonathan.vine@csklegal.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 19th day of January 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that a true and correct copy of the foregoing has been furnished to all parties in the manner specified on the Service List.

                                                           */s/ S. Jonathan Vine*
                                                           S. Jonathan Vine, Esq.
                                                           Florida Bar No.: 10966
                                                          Attorney for Defendant Acurian, Inc.
                                                          Cole, Scott & Kissane, P.A.
                                                          222 Lakeview Avenue, Suite 120
                                                          West Palm Beach, FL
                                                          Tel:    561/383-9200
                                                          Fax:   561/683-8977
                                                          jonathan.vine@csklegal.com

Timothy Howard, J.D., Ph.D.
HOWARD & ASSOCIATES, P.A.
2120 Killarney Way, Suite 125
Tallahassee, FL 32309
Telephone: (850) 298-4455
Fax: (850) 216-2537
tim@howardjustice.com
president@cguglobal.net

Edward A. Broderick, Esq.
Anthony Paronich, Esq.
Broderick Law, P.C.
125 Summer Street, Suite 1030
Boston, MA 02110
Telephone: (617) 738-7080
ted@broderick-law.com
mmccue@massattorneys.net
anthony@broderick-law.com
*Subject to Pro Hac Vice*

Matthew P. McCue, Esq.
The Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077
mmccue@massattorneys.net
*Subject to Pro Hac Vice*